IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

JOSEPH CIACCIARELLI,

                                  Plaintiff,

                                                                              Civil Action No. 6:13-CV-650
vs.                                                                       (DNH/ATB)

COMMERCIAL TRAVELERS
MUTUAL INSURANCE COMPANY,

                                  Defendant.

_____

<u>APPEARANCES</u>:

JOSEPH A. DETRAGLIA, ESQ. for plaintiff
MICHAEL J. SCIOTTI, ESQ. for defendant


DAVID N. HURD, United States DISTRICT JUDGE


### **JUDGMENT DISMISSING ACTION BASED UPON SETTLEMENT**

The pursuant to the report of the mediator (Dkt. No. 16) , the parties have entered into an agreement in settlement of all claims in this action.  Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

ORDERED, as follows:

1)  The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty days of the date of the filing of this order upon a showing that the settlement was not consummated;

2)  The dismissal of the above captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty days of the date of filing of this order upon a showing that

the settlement was not consummated. Upon completion of settlement, the parties are directed to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language **"that no party hereto is an infant or incompetent**" in compliance with N.D.N.Y.L.R. 41.3; and

3) The Clerk shall serve copies of this Judgment upon counsel in this matter by electronic means.

IT IS SO ORDERED

_____
United States District Judge

Dated: October 28, 2013
      Utica, New York