UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOSEPH CIACCIARELLI,

                      Plaintiff,

v.

COMMERCIAL TRAVELERS MUTUAL
INSURANCE COMPANY,

                      Defendant.

Civil Action No.:
6:13-CV-650
(DNH/ATB)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Defendant Commercial Travelers Mutual Insurance Company and plaintiff Joseph Ciacciarelli hereby stipulate to the dismissal of this action, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without attorneys' fees or costs to any party.

The parties also stipulate that no party to this action is an infant or an incompetent person.

Dated: December 6, 2013

Dated: November 22, 2013

**HANCOCK ESTABROOK, LLP**

_____
Michael J. Sciotti, Esq.
Bar Roll #501327
Attorneys for Defendant
1500 AXA Tower 1, 100 Madison Street
Syracuse, NY 13202

**GETNICK LIVINGSTON
ATKINSON & PRIORE, LLP**

_____
Joseph DeTraglia, Esq.
Bar Roll #508148
Attorneys for Plaintiff
258 Genessee Street, Suite 401
Utica, NY 13502

SO ORDERED:

_____
David N. Hurd
United States District Judge

DATED: December 10, 2013

{H2142324.1}